UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STERLING SUFFOLK RACECOURSE, LLC, | . . . |
| Plaintiff, | . . |
| v. | . . 2:15-CV-00090-JAW . |
| DAVRIC MAINE CORPORATION, | . . |
| Defendant. | . |

DEFENDANT'S WITNESS LIST

NOW COMES defendant Davric Maine Corporation and reserves the right to call the following witnesses at the trial of the above-captioned matter:

1. Denise Terry
   PO Box 468
   Scarborough, ME  04074

   Ms. Terry is a fact witness whose testimony would relate primarily to disputes about the accounting for the billings of plaintiff and the payments made by defendant. Ms. Terry is expected to testify that Suffolk's trial exhibits reveal that Suffolk was charging the Downs for balances due from the Downs when acting as a host track (i.e. concerning wagers placed on races run at the Downs) to tracks accepting signals on those races that had disproportionately lucky (i.e. winning) bettors. Such "money room settlements" as they are known were not part of the Downs' contracts with Suffolk, and Suffolk did not pay the amounts due from the Downs to off-track-betting facilities on such "money room" matters. Instead, the Downs paid those moneys directly to the off-track betting facilities. Ms. Terry will also explain that Suffolk failed to credit the Downs with a payment of approximately $11,000.

   Ms. Terry is also expected to testify that the amounts charged by Suffolk for various alleged "services" were inconsistent with industry practices and that since Suffolk ceased providing services to the Downs it has been able to provide at essentially no cost all of the services Suffolk claimed to be providing.

   We estimate 1.2 hours for Ms. Terry's direct examination.

2. Sharon Terry
   328 Blackstrap Road

Falmouth, ME 04105

Ms. Terry is a fact witness whose testimony would relate primarily to the Downs business and relationship with Suffolk.

We estimate .3 hours for Ms. Terry's direct examination.

3. Bill Manning
   PO Box 468
   Scarborough, ME  04074

   Mr. Manning is a fact witness whose testimony would relate primarily to disputes about the accounting for the billings of plaintiff and the payments made by defendant. He is expected to testify that he handled the Downs' money room accounting for its outgoing race signals.  On the other hand, Suffolk's trial exhibits reveal that Suffolk purported to charge the Downs for balances due from the Downs when acting as a host track (i.e. concerning wagers placed on races run at the Downs) to tracks accepting signals on those races that had disproportionately lucky (i.e. winning) bettors.  Such "money room settlements" as they are known were not part of the Downs' contracts with Suffolk, and Suffolk did not pay the amounts due from the Downs to off-track-betting facilities on such "money room" matters.  Instead, Mr. Manning kept track of and arranged for the Downs to pay those moneys directly to the off-track betting facilities accepting the Downs' signal, with the sole exception being the OTB in Sanford, which itself employed Suffolk to handle its money room accounting.  .

   Mr. Manning is also expected to testify that the amounts charged by Suffolk for various alleged "services" were inconsistent with industry practices and that since Suffolk ceased providing services to the Downs it has been able to provide at essentially no cost all of the services Suffolk claimed to be providing.

   Depending on the length of Denise Terry's testimony, we approximately .5 hours for Mr. Manning's direct examination.

4. Any witnesses needed for authentication purposes; and

5. Any witness listed or called by the plaintiffs.

**EXECUTED** in Portland, Maine, this 29th day of December, 2015.

/s/ Edward S. MacColl
Edward S. MacColl, BRN #2658
Attorney for defendant Davric Maine Corporation

Thompson, Bull, Furey, Bass & MacColl, LLC, P.A.
120 Exchange Street, 6th Floor
P.O. Box 447
Portland, ME  04112-0447
(207) 774-7600

## CERTIFICATE OF SERVICE

    I, Edward S. MacColl, attorney for Davric Maine Corporation do hereby certify that, on December 29, 2015, I made due service of the above document by electronically filing the same using the Court's EM/ECF system.

    /s/ Edward S. MacColl
    Edward S. MacColl, BRN #2658
    Attorney for defendant Davric Maine Corporation