UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **STERLING SUFFOLK RACECOURSE, LLC,** | ) ) ) | Civil No. 2:15-cv-90-JHR |
| Plaintiff | ) ) | |
| v. | ) ) | |
| **DAVRIC MAINE CORPORATION**, | ) ) ) | |
| Defendant | ) | |

### STIPULATED DISMISSAL PURSUANT TO F.R. Civ. P. 41(a)(1)(ii)

Plaintiff Sterling Suffolk Racecourse, LLC and Defendant Davric Maine Corporation, being all of the parties who have appeared in this action, through undersigned counsel, hereby stipulate to the dismissal of this action with prejudice and without costs.

On or about January 13, 2016, the parties entered into a Settlement Agreement to settle their claims. Both parties agree that there are no unresolved issues before the Court.

Dated: January 25, 2016

/s/ Jonathan L. Goldberg
Jonathan L. Goldberg, Esq.
Andrew J. Kull, Esq.
Attorneys for Plaintiff Sterling Suffolk Racecourse, LLC, d/b/a Suffolk Downs

/s/ Edward S. MacColl, Esq.
Attorney for Defendant Davric Maine Corporation, d/b/a Scarborough Downs